IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> SEGUNDO PINEDA-VIVEROS, et. al., ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | 1:10-CR-416 LJO <br><br> ORDER AUTHORIZING GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION SUPPRESSING WIRETAP EVIDENCE TO BE PUBLICALLY FILED |

The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, having requested permission to file its opposition to the defendant's motion to suppress wiretap evidence in the public record despite reference to sealed matters, and good cause appearing,

IT IS ORDERED that the Government's Opposition to Defendant's Motion Suppressing Wiretap Evidence may be filed publically.

IT IS SO ORDERED.

**Dated:   June 13, 2011**              /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

1