IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | 1:10-CR-416 LJO |
| )                                | |
| Plaintiff,            ) | ORDER CONTINUING TRIAL DATE |
| )                                | (Proposed) |
| )                                | |
| v.                       ) | |
| )                                | HONORABLE Lawrence J. O'Neill |
| SEGUNDO PINEDA-VIVEROS, et. al., ) | |
| )                                | |
| Defendants.            ) | |
| )                                | |
| _____ ) | |

The parties in this case, by and through their attorneys, having stipulated and requested that the Court continue the trial date in the above-entitled matter, and good cause appearing therefore,

    IT IS HEREBY ORDERED THAT the trial in the above-entitled action be continued from November 14, 2011, until April 24, 2012 at 8:30 a.m.

    IT IS FURTHER ORDERED THAT, as the continuance was necessitated by a family medical issue for counsel in this case, and the requested trial date represents the earliest date that all counsel are available, taking into account their schedules and commitments to other clients, time be excluded to and through the date of trial in that failure to grant the requested continuance would unreasonably deny the defendants continuity of counsel, and unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case.  18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

**Dated:     October 31, 2011**               **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE